PETER JOHANSEN, Respondent, v. THE NEW ENGLAND STEAMSHIP COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion.    Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

SEBASTIAN PETRO, Respondent, v. INWOOD DAIRY COMPANY, INC., Formerly DAVIS MILK COMPANY, Appellant.— Judgment of the County Court of Westchester county reversed and new trial ordered in said court, costs to abide the event, unless within twenty days plaintiff stipulate to reduce the judgment by deducting therefrom the sum of fifteen dollars and fifty cents, with interest thereon at five per cent from November 17, 1917; in which event the judgment as so modified is unanimously affirmed, without costs.  We think that upon the evidence it was a question of fact which should have been submitted to the jury whether or not defendant was entitled to such additional deduction.    Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED SYROP, Appellant.— Judgment of conviction of the County Court of Kings county affirmed.  No opinion.  Rich, Putnam and Kelly, JJ., concurred; Blackmar, J., voted for reversal of the judgment and a new trial, with whom Jenks, P. J., concurred.  Order denying motion for new trial on newly-discovered evidence affirmed.  Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ., concurred.

ANITA K. RENAULT, Appellant, v. LOUIS F. RENAULT, Respondent.— Order affirmed, without costs.  No opinion.  Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.

VALENTINE RIES, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulate to reduce the verdict to $20,000; in which event the judgment, as so modified, and the order are unanimously affirmed, without costs.  No opinion.  Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ., concurred.

MABEL G. ROTHSCHILD, Doing Business under the Firm Name and Style of YONKERS SECURITY COMPANY, Appellant, v. GEORGE EICKEMEYER, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.

AMELIA SCHOONMAKER, Respondent, v. MARY A. DIETRICK, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulate to reduce the verdict to the sum of $1,500; in which event the judgment, as so modified, and the order are unanimously affirmed, without costs, upon the ground that we think that the damages allowed by the verdict were excessive, and that $1,500 would be a liberal allowance therefor.  It is to be noted that plaintiff's physician did not testify, and the charge of the court did not permit any allowance for future effects of the injuries.  Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ., concurred.